# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA VASOLI,<br>    Plaintiff,<br><br>v.<br><br>YARDS BREWING COMPANY, LLC,<br>AND TREVOR PRICHETT,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 21-2066 |

## ORDER

**AND NOW**, this 6th day of July, 2021, upon consideration of Defendants' Motion to Dismiss (ECF 8) and Plaintiff's response thereto (ECF 13), **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

                **BY THE COURT:**

                */s/ Wendy Beetlestone*

                **WENDY BEETLESTONE, J.**