IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA VASOLI,<br>    Plaintiff,<br><br>v.<br><br>YARDS BREWING COMPANY, LLC,<br>AND TREVOR PRICHETT,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO.  21-2066 |

**O R D E R**

**AND NOW**, this 1st day of November, 2021, **IT IS HEREBY ORDERED:**

1. Defendants shall produce a person familiar with how Defendants conducted their search for documents responsive to Plaintiff's requests for production for a deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) by November 15, 2021.

2. Plaintiff shall have an additional 30 days from the date of the 30(b)(6) deposition to conduct remedial supplemental discovery, which may include any necessary fact witness or 30(b)(6) depositions, or additional document productions.  Plaintiff may not propound any requests that exceed the scope of her previous requests for production or 30(b)(6) deposition notice(s).

                   **BY THE COURT:**

                   /s/Wendy Beetlestone, J.

                   _____
                   **WENDY BEETLESTONE, J.**