IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA VASOLI,<br>    Plaintiff,<br><br>v.<br><br>YARDS BREWING COMPANY, LLC,<br>AND TREVOR PRICHETT,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO.  21-2066 |

**O R D E R**

**AND NOW**, this 5th day of May, 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 29), Plaintiff's Opposition thereto (ECF No. 33), Defendants' Reply (ECF No. 34), and Plaintiff's Surreply (ECF No. 38), it is **HEREBY ORDERED THAT** Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART**:

1. Defendants' Motion is **GRANTED** as to Plaintiff's claims of retaliation under Title VII, the PHRA, and the PFPO, which are **DISMISSED**.

2. Defendants' Motion is **GRANTED** as to Plaintiff's claims of aiding and abetting retaliation under the PHRA and the PFPO, which are **DISMISSED**.

3. In all other respects, Defendants' Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**